UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA PRODUCTS, INC. <br> 9145 Owensmouth Avenue <br> Chatsworth, CA 91311 <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 31 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 11-cv-2299-BAH <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

The reasons are: The ISPs in this case found records for a total of 27 Does. One record was a duplicate. Five Does could not be located. Plaintiff settled with five Does. Based on investigations conducted regarding the remaining Does, Plaintiff decided to dismiss them without prejudice.

Respectfully submitted this 21st day of May, 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier (D.C. Bar #444132)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 21 May 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

By:   /s/ Mike Meier
Mike Meier (D.C. Bar #444132)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF